■ YORKVILLE PROPERTIES, L. L. C., Respondent, v RITE AID OF NEW YORK, INC., Appellant. (Appeal No. 1.) [732 NYS2d 387] —Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Murad, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.